No. 327. METROPOLITAN LIFE INSURANCE CO. *v.* TRAPP. October 8, 1934. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry I. Eager, William C. Michaels, Leroy A. Lincoln,* and *Charles M. Blackmar* for petitioner. *Mr. Clarence A. Randolph* for respondent.